United States Bankruptcy Court

Northern District of Florida

In re:  
Gregory P. Prickett  
    Debtor

Case No. 22-40325-KKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1129-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 30, 2023      Form ID: ntpoclm      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory P. Prickett, 424 West Bayshore Drive, St. George Island, FL 32328-2629 |
| aty | + | David K. Minacci, Manausa, Shaw, Minacci, P.A., 140-D W 1st Street, St. George Island, FL 32328-2753 |
| cr | + | Helen Caissie, c/o Atty David K. Minacci, Manausa, Shaw & Minacci, P.A., 140 - D W 1st Street, St. George Island, FL 32328-2753 |
| cr | + | Kenneth F. Caissie, 666 Longwood Court, Eastpoint, FL 32328-3592 |
| 2465567 | + | DAVID K. MINACCI, Manausa, Shaw & Minacci, P.A., 140-D W 1st Street, St. George Island, FL 32328-2753 |
| 2465458 | + | DAVID K. MINACCI, ESQ, Manausa, Shaw & Minacci, P.A., 140-D W 1st Street, St. George Island, FL 32328-2753 |
| 2465327 | + | James G. Warner, c/o David K. Minacci, Esquire, 140 West 1st Street, St. George Island, FL 32328-2752 |
| 2465328 | + | Kenneth and Helen Cassie, c/o David K. Minacci, Esquire, 140-D W 1st Street, St. George Island, FL 32328-2753 |
| 2465330 | | PeoplesSouth Bank, 203 Crawford St, Colquitt, GA 39837 |
| 2465332 | | Taylor's Building Supply, 268 US-98, Eastpoint, FL 32328 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 2465320 | + | Email/Text: bknotices@bankofthewest.com | Jan 30 2023 23:58:52 | Bank Of The West, Attn: Bankruptcy, 180 Montgomery Street 25th Floor, San Francisco, CA 94104-4206 |
| 2465319 | + | EDI: BANKAMER.COM | Jan 31 2023 04:59:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 2465322 | | Email/Text: Bankruptcy@my100bank.com | Jan 30 2023 23:58:00 | Centennial Bank, 620 Chestnut Street, Conway, AR 72032 |
| 2465321 | + | EDI: CAPITALONE.COM | Jan 31 2023 04:59:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 2465323 | + | Email/Text: clientservices@credit-control.com | Jan 30 2023 23:58:00 | Central Loan, Attn: Bankruptcy, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 2465325 | + | EDI: CITICORP.COM | Jan 31 2023 04:59:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 2465326 | + | EDI: DISCOVER.COM | Jan 31 2023 04:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 2465324 | | EDI: JPMORGANCHASE | Jan 31 2023 04:59:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 2465329 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 30 2023 23:58:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 2465373 | + | EDI: RECOVERYCORP.COM | Jan 31 2023 04:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 2465331 | + | EDI: RMSC.COM | Jan 31 2023 04:59:00 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 1129-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 30, 2023 | Form ID: ntpoclm | Total Noticed: 21 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Byron Wright, III | on behalf of Debtor Gregory P. Prickett twright@brunerwright.com melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com |
| Byron Wright, III | on behalf of Defendant Gregory P. Prickett twright@brunerwright.com melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com |
| David K. Minacci | on behalf of Plaintiff Kenneth F. Caisse david@manausalaw.com |
| David K. Minacci | on behalf of Creditor Kenneth F. Caissie david@manausalaw.com |
| Mary W. Colon | trustee@marycolon.com fl33@ecfcbis.com;ecf.alert+Colon@titlexi.com |
| Robert C. Bruner | on behalf of Debtor Gregory P. Prickett rbruner@brunerwright.com melanie@brunerwright.com;twright@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com |
| Robert C. Bruner | on behalf of Defendant Gregory P. Prickett rbruner@brunerwright.com melanie@brunerwright.com;twright@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 8

FORM ntpoclm (Rev. 02/21)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: Gregory P. Prickett
aka Greg P. Prickett, fdba Greg Prickett Builders, LLC
SSN/ITIN: xxx−xx−2294
Debtor

Bankruptcy Case No.: 22−40325−KKS

Chapter: 7
Judge: Karen K. Specie

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a Proof of Claim (Official Form 410) and appropriate supporting documentation with the clerk of the bankruptcy court on or before **May 2, 2023.** *Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate*.

FILE AN ELECTRONIC PROOF OF CLAIM: You may file an electronic version of the Proof of Claim via this Court's website at https://ecf.flnb.uscourts.gov/cgi−bin/autoFilingClaims.pl. Upon completion of the electronic filing process, you will be able to print a PDF version of your claim with a date stamp as proof of filing.

FILE A PROOF OF CLAIM BY MAIL: The proof of claim form (Official Form 410) may be obtained from the website of the United States Courts at http://www.uscourts.gov/forms/bankruptcy−forms or from any bankruptcy clerk's office and mailed to the address shown below. To receive acknowledgement of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (https://www.pacer.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated: January 30, 2023

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** Service by the Court to all creditors and parties in interest